JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>               Plaintiff,<br><br>    v.<br><br>THANG NGUYEN, *et al.*,<br><br>               Defendants. | Case No. 8:24-cv-02434-FLA (KESx)<br><br>**ORDER DISMISSING ACTION [DKT. 23]** |

1

On May 19, 2025, Plaintiff Julio Cruz ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 23. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 22, is DENIED as moot.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2